UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALCUS SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3190** |
| **STATE OF LOUISIANA** | **SECTION: "L"(1)** |

### O R D E R

The Court, having considered the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion for leave to proceed as a pauper on appeal, Rec. Doc. 23, is **GRANTED**; petitioner is entitled to proceed *in forma pauperis*.

New Orleans, Louisiana, this __8th__ day of _____July_____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**